IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LATASHA WAGNER                                                                                   PLAINTIFF
*On behalf of* S.S., a Minor

vs.                                              Civil No. 4:18-cv-04118

NANCY A. BERRYHILL                                                                            DEFENDANT
Acting Commissioner, Social Security Administration

## **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 17th day of July 2019.**

                                                                    /s/ *Barry A. Bryant*
                                                                    HON. BARRY A. BRYANT
                                                                    U. S. MAGISTRATE JUDGE